# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF LOUISIANA
## MONROE DIVISION

| | | | |
|---|---|---|---|
| **Name of debtor:** | Steven Shane Evans | **Case Number:** | 15-31866 |
| **Trustee:** | E. Eugene Hastings | **Chapter** | 13 |

## SECOND AMENDED RESPONSE TO NOTICE OF FINAL CURE PAYMENT FILED ON: March 15, 2021

**Pursuant to Federal Bankruptcy Rule 3002.1(g), the Holder listed below is responding to the Notice of Final Cure Payment filed in the above referenced case.**

| | | | |
|---|---|---|---|
| **Name of creditor:** | BSI Financial Services, as servicer for US Bank Trust N.A., as Trustee of Bungalow Series F Trust | **Last four digits** of any number you use to identify the debtor's account: | 3572 |

### Part 1: Pre-Petition Arrears - Court claim no. (if known) 7-1

☐ Creditor agrees that the debtor(s) has paid in full the amount required to cure the pre-petition default to be paid through the Chapter 13 Plan as of the date of the Trustee's cure notice.

☒ Creditor does not agree that the debtor(s) has paid in full the amount required to cure the pre-petition default to be paid through the Chapter 13 Plan as of the date of the Trustee's cure notice.

If Creditor disagrees:

| | |
|---|---|
| Amount of pre-petition arrears due at filing: | $43,953.33 |
| Amount received from the Chapter 13 Trustee: | $0.00 |
| Pre-Petition arrears remaining due: | $43,953.33 |

### Part 2: Post-Petition Amounts

☒ Creditor agrees that the debtor(s) has paid all post-petition amounts due to be paid to the secured creditor as of the date of the Trustee's cure notice.

☐ Creditor does not agree that the debtor(s) has paid all post-petition amounts due to be paid to the secured creditor as of the date of the Trustee's cure notice.

If Creditor disagrees:

| | |
|---|---|
| Post-Petition amounts remaining due: | $Post-petition due for 4/1/21 |

Attached as Schedule of Amounts Outstanding Post-Petition is an itemized account of the post-petition amounts that remain unpaid as of the date of the Cure Notice. The amounts identified on the Schedule do not reflect amounts that became or may become due after the date of the Cure Notice, including any fees that may have been incurred in the preparation, filing, or prosecution of this statement.

## Schedule of Amounts Outstanding

**This section itemizes the required cure of post-petition amounts, if any, that the holder contends remain unpaid as of the date of this statement but may not, due to timing, reflect all payments sent to Creditor as of the date of the Cure Notice. In addition, the amounts due may include payments reflected in the Trustee's records but which have not yet been received and/or processed by the Creditor.**

| | Description | | Dates incurred | Amount |
|---|---|---|---|---|
| 1. | Installment Payments | | | |
| 2. | Late Charges | | | |
| 3. | Non-sufficient funds (NSF) fees | | | |
| 4. | Attorney fees | | | |
| 5. | Filing fees and court costs | | | |
| 6. | Advertisement costs | | | |
| 7. | Sheriff/auctioneer fees | | | |
| 8. | Title costs | | | |
| 9. | Recording fees | | | |
| 10. | Appraisal/broker's price opinion fees | | | |
| 11. | Property inspection fees | | | |
| 12. | Tax advances (non-escrow) | | | |
| 13. | Insurance advances (non-escrow) | | | |
| 14. | Escrow shortage or deficiency (do not include amounts that are part of any installment payment.) | | | |
| 15. | Property preservation expenses. | | | |
| 16. | Other. | | | |
| 17. | **Total expenses, and charges.** Add all of the amounts listed above. | | | |

## Part 3: Sign Here

Print Name: Matthew Resor

Title: Attorney

Company: Jackson & McPherson, LLC.

/s/ Matthew Resor
Signature

Address and telephone number: 935 Gravier Street
Suite 1400
New Orleans, LA 70112

Date: 08/16/2021

Telephone: 504-581-9444         Email: mresor@jacksonmcpherson.com

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| IN RE: STEVEN SHANE EVANS | CASE NO. 15-31866 |
| DEBTOR | CHAPTER 13 |

## CERTIFICATE OF SERVICE

I certify that a copy of the Second Amended Response to Trustee's Notice of Final Cure of BSI Financial Services, as servicer for US Bank Trust N.A., as Trustee of Bungalow Series F Trust has been served on the Debtor at the address listed below by United States Mail, postage prepaid, and to Debtor's counsel, the Chapter 13 Trustee and the U.S. Trustee electronically, through CM/ECF on August 17, 2021.

Steven Shane Evans
100 Lafayette Drive
West Monroe, LA 71291

Sam O. Henry, IV, Counsel for Debtor
sam@samhenry4.com

E. Eugene Hastings, Chapter 13 Trustee
ecftr@ch13monroe.com

/s/ Matthew Resor
Matthew Resor (No. 36929)